Benjamin WEATHINGTON,
Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Secretary, Department of Offender Rehabilitation, Respondent-Appellee.

No. 79-2501
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 31, 1980.

Thomas G. Murray, Asst. Public Defender, 11th Judicial Circuit of Fla., Miami, Fla., for petitioner-appellant.

Joel D. Rosenblatt, Florida Regional Service Center, Miami, Fla., for respondent-appellee.

Before AINSWORTH, FAY and RANDALL, Circuit Judges.

PER CURIAM:

The denial of relief is affirmed for those reasons set forth in Judge Eaton's Order of Dismissal dated May 21, 1979 and reported at 486 F.Supp. 934.

---

J. L. H. ROUNTREE and Donald C. Duke, Plaintiffs-Appellants Cross-Appellees,

v.

VARCO INTERNATIONAL, INC., Defendants-Appellees Cross-Appellants.

No. 78-2157.

United States Court of Appeals,
Fifth Circuit.

April 24, 1980.

Oscar Nipper, Houston, Tex., for plaintiffs-appellants cross-appellees.

Arnold, White & Durkee, Houston, Tex., William P. Green, Los Angeles, Cal., for defendants-appellees cross-appellants.

Before THORNBERRY, FRANK M. JOHNSON, Jr. and HENDERSON, Circuit Judges.

PER CURIAM:

AFFIRMED on the basis of the opinion of the district court (Judge Robert O'Conor, Jr.), *Rountree v. Varco International, Inc.*, 486 F.Supp. 3 (S.D.Tex. 1978).

---

* Fed.R.App.P. 34(a); 5th Cir. R. 18.